# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00027-MR-DLH

| | |
|---|---|
| RONALD HUGH HUTTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>U.S. DEPARTMENT OF VETERANS )<br>AFFAIRS, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's response [Doc. 6] to the Court's Show Cause Order and the Plaintiff's request to seal that response [Doc. 7].

On February 16, 2018, the Court entered an Order dismissing this action as frivolous and directing the Plaintiff to show cause why a pre-filing review system should not be imposed. [Doc. 4]. The Plaintiff responded to the Court's Order on March 1, 2018, and he moves to file this response under seal. [Docs. 6, 7].

Upon review of the Plaintiff's response, the Court finds that the Plaintiff has failed to articulate a reason why a pre-filing review system should not be

imposed. Indeed, in opposing the imposition of a pre-filing review system, the Plaintiff re-asserts several of the same frivolous, inappropriate allegations which led the Court to conclude that such a system was necessary in the first place. For this reason, and for all of the reasons set forth in the Court's prior Order [Doc. 4], the Court will direct that all documents submitted by the Plaintiff in the future will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. Such a review system "will allow Plaintiff to have access to the Courts for his legitimate concerns, but will prevent him from usurping the Court's resources with his baseless submissions." <u>Vandyke v. Francis</u>, No. 1:12-CV-128-RJC, 2012 WL 2576747, at *3 (W.D.N.C. July 3, 2012).

The Plaintiff has moved to place his response under seal. Upon careful review, the Court finds that the Plaintiff's response should be placed under seal, as the document contains sensitive personal information about the Plaintiff which should be protected from public disclosure.

**IT IS, THEREFORE, ORDERED** that a pre-filing review system is hereby imposed, and all documents submitted by the Plaintiff in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made

in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation.

**IT IS FURTHER ORDERED** that the Plaintiff's motion to seal [Doc. 7] is **GRANTED**, and the Plaintiff's response [Doc. 6] shall be placed under seal until further Order of this Court.

**IT IS SO ORDERED.**   Signed: March 6, 2018

Martin Reidinger
United States District Judge